**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Florencio DIAZ–ENRIQUEZ,**
**Defendant–Appellant.**

**No. 15–50016**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 17, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard O. Gonzales, Uvalde, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Florencio Diaz–Enriquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Diaz–Enriquez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.